IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| V. | : CRIMINAL NUMBER 25-027-1 |
| | : |
| | : |
| EVGENII SADRISLAMOV | : |

**O R D E R**

AND NOW, this 23rd day of April, 2025, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to 18 U.S.C., § 3161(h)(7)(A) it is hereby **ORDERED** that the defendant's motion for continuance of trial is **GRANTED**, and that the trial of this matter **SHALL** commence on or after May 12th, 2025.

BY THE COURT:

*Harvey Bartle III*
THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge